■ RONALD ECKERT, Appellant, v COLUMBUS McKINNON CORPORATION, Respondent, et al., Defendants. (Appeal No. 2.) — Order unanimously reversed, without costs, and motion denied. Same memorandum as in *Eckert v Columbus McKinnon Corp.* (Appeal No. 1.) (105 AD2d 1105). (Appeal from order of Supreme Court, Erie County, Ostrowski, J. — dismiss complaint.) Present — Dillon, P. J., Hancock, Jr., Green, Moule and Schnepp, JJ.

■ MARJORIE BICKFORD, as Executrix of STANTON J. PETERS, Deceased, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 61591.) — Judgment unanimously affirmed, without costs, for reasons stated at Court of Claims, Moriarty, J. (Appeal from judgment of Court of Claims, Moriarty, J. — automobile negligence.) Present — Dillon, P. J., Hancock, Jr., Green, Moule and Schnepp, JJ.

■ In the Matter of ELEANOR E. LA VERE, Respondent, v HENRY J. LA VERE, Appellant. — Order unanimously affirmed, with costs (see *Matter of Sheridan v Sheridan,* 70 AD2d 698, mot for lv to app dsmd 48 NY2d 655). (Appeal from order of Jefferson County Family Court, Gilbert, J. — willful violation of support order.) Present — Dillon, P. J., Hancock, Jr., Green, Moule and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS EDWARDS, Appellant. — Judgment unanimously affirmed. Memorandum: We find no merit to defendant's contention that he was deprived of the effective assistance of counsel (*Strickland v Washington,* 466 US __, 104 S Ct 2052; *People v Baldi,* 54 NY2d 137, 146-147). We also find without merit defendant's remaining claims of error. (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J. — criminal sale of controlled substance, second degree.) Present — Callahan, J. P., Doerr, Denman, Boomer and O'Donnell, JJ.